IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) Case No. 99-CR-26-bbc<br>) |
| ALBERTO C. MARZAN, | )<br>)<br>) |
| Defendant. | )<br>) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, the indictment against defendant Alberto C. Marzan. Based on unavailability of witnesses, the United States believes the prosecution is no longer viable.

Dated this 20th day of July 2010.

Respectfully submitted,

STEPHEN P. SINNOTT
United States Attorney

By:
/s/
JOHN W. VAUDREUIL
Assistant U. S. Attorney
Chief of Criminal Division

Leave of court is granted for the filing of the foregoing dismissal.

BARBARA B. CRABB
United States District Judge

Dated: 7/21/10